**UNITED STATES DISTRICT COURT**
**SOUTHERS DISTRICT OF NEW YORK**

---------------------- X

**BENITEZ,**

**Petitioner,**

**-against-**

**Immigration (DHS)**

**, Respondent.**

**26-cv-6153 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Petitioner has filed a Petition for a writ of habeas corpus under 28 U.S.C. § 2241. The Court, having examined the Petition, determines that an immediate order is necessary to preserve the Court's jurisdiction. Accordingly, in order to preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court. See, e.g., *Khalil v. Joyce*, No. 25-CV-1935, 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g., Du v. United States Dept of Homeland Sec.,* No. 25-CV-0644, 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ([A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the courts jurisdiction over a case or cases.). Moreover, in light of Petitioners interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. *See, e.g., Perez y Perez v. Noem*, No. 25-CV-4828, 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a habeas petitioners transfer pending adjudication of his petition); *see also, e.g., Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205, 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117, 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

The Government is ORDERED to respond to this Petition by **August 4, 2026**. Any reply from Petitioner is due by **August 12, 2026**. The Court schedules a telephonic hearing for **August 25, 2026 at 3 pm.**

The Parties should contact the Court at l-855-244-8681 (access code: 2305 370 0226#).

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorneys Office for the Southern District of New York that this Order has been issued at the following email address: jeffrey.oestericher@usdoj.gov.

**SO ORDERED.**

**Dated:** July 21, 2026
**New Yo1k, New York**

**ANDREW L CARTER, JR.**
**United States District Judge**