MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 7/29/26

PLS

**PRISONERS' LEGAL SERVICES OF NEW YORK**
41 State St., Ste. M112
Albany, NY 12207
(518) 694-8699

July 28, 2026

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Sq.
New York, NY 10007
*Via CM/ECF*

Re: *Benitez v. Immigration (DHS)*, No. 26-cv-6153
Petitioner's Letter Request to Withdraw Petition Without Prejudice

Dear Judge Carter, Jr.:

I write, on Petitioner Amadeo Benitez's behalf, to respectfully request leave to withdraw the Petition for a Writ of Habeas Corpus, ECF No. 1, without prejudice. This Court previously conditionally granted Petitioner Amadeo Benitez a writ of habeas corpus, instructing Respondents to provide him with a bond hearing at which Respondents bore the burden of establishing Mr. Benitez presents a danger or flight risk. *See* Order, *Benitez v. Immigration (DHS)*, No. 26-cv-3965 (S.D.N.Y. June 11, 2026), ECF No. 14. The immigration judge denied Mr. Benitez release following that hearing. *See* Resp'ts' Letter, *Benitez v. Immigration (DHS)*, No. 26-cv-3965 (S.D.N.Y. June 18, 2026), ECF No. 16.

Mr. Benitez then filed the instant petition to contest the propriety of that bond hearing. He respectfully requests leave to withdraw this petition because his challenge may best be pressed through a Motion to Enforce under the original case. Respondents would not be prejudiced by withdrawal because they have not yet filed an answer. *See* Fed. R. Civ. P. 41(a)(1)(A).

Respectfully submitted,

*/s/ John H. Peng*

John H. Peng, *Pro Bono Counsel*
Prisoners' Legal Services of New York
41 State St., Ste. M112
Albany, NY 12207
T: (516) 366-0067
E: johnhcpeng@gmail.com
*Attorney for Petitioner*

CC
All Counsel of Record

SO ORDERED:
[signature]
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

7/29/26
Petitioner's request to withdraw this Petition is GRANTED. The Clerk of Court is respectfully directed to terminate this case.