UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMADEO BENITEZ,

Petitioner,

-against-

IMMIGRATION DHS.,

Respondent.

26 CIVIL 06153 (ALC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memo Endorsement dated July 29, 2026, Petitioner's request to withdraw this Petition is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
July 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**